

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2015

No. 04-15-00236-CR

Sabrina Nicole **ANGEL,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 436068
, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to October 12, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Richard B. Dulany Jr.
Bexar County Public Defender's Office
Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, TX 78205